**Darrell GREENLAND, Plaintiff–Appellant**

v.

**HARBOR FREIGHT TOOLS USA, INC., Defendant–Appellee.**

**No. 2015–1761.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Patrick Francis Bright, Wagner, Anderson & Bright, LLP, Glendale, CA, argued for plaintiff-appellant.

Mark J. Rosenberg, Tarter Krinsky & Drogin LLP, New York, NY, argued for defendant-appellee.

REYNA, BRYSON, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**